Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JANE DOE, as guardian ad litem of MARY DOE, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ORTING, a municipality; CITY OF ORTING POLICE DEPARTMENT, a division of the City of Orting; BRIAN GARRETT BURNSHIRE, and DOES 1 through 5, inclusive,<br><br>Defendants. | No. C04-5302FDB<br><br>**STIPULATION AND ORDER CONTINUING REBUTTAL EXPERT WITNESS DISCLOSURE DEADLINE** |

COME NOW Plaintiff and Defendants City of Orting and City of Orting Police Department ("the City"), by and through their counsel of record, and hereby stipulate and agree as follows:

1. Plaintiff will provide reports of expert witnesses by Friday, June 24, 2005.

2. The City will disclose the names of its rebuttal expert witnesses three (3) weeks following receipt of the plaintiff's experts' reports, or by July 15, 2005, provided that plaintiff satisfies her obligation to provide such reports by Friday, June 24, 2005.

{5073001.DOC}
STIPULATION AND ORDER CONTINUING
REBUTTAL EXPERT WITNESS DISCLOSURE
DEADLINE - 1
C04-5302FDB

3. The City will provide the reports of its rebuttal expert witnesses 30 days following receipt of the plaintiff's experts' reports, or by July 25, 2005, provided that plaintiff satisfies her obligation to provide such reports by Friday, June 24, 2005.

DATED this 17th day of June, 2005.

| GRANT & ASSOCIATES | LEE SMART COOK MARTIN & PATTERSON, P.S., INC. |
|---|---|
| By: /s/ Artis C. Grant, Jr.<br>Artis C. Grant, Jr. WSBA No. 26204<br>Attorney for Plaintiff | By: /s/ Patricia K. Buchanan<br>Patricia K. Buchanan, WSBA No. 19892<br>Alison H. Killebrew, WSBA No. 32820<br>Of Attorneys for Defendants City of Orting and Orting Police Department |

### ORDER

The Court, having reviewed the Stipulation of the Plaintiff and Defendants City of Orting and City of Orting Police Department, now enters the following Order: It is Ordered, Adjudged and Decreed that, as between Plaintiff and Defendants City of Orting and City of Orting Police Department, the Plaintiff will provide reports of expert witnesses by Friday, June 24, 2005; the City will disclose the names of its rebuttal expert witness three (3) weeks following receipt of the plaintiff's experts' reports, or by July 15, 2005, provided that plaintiff satisfies her obligation to provide such reports by Friday, June 24, 2005; and the City will provide the reports of its rebuttal expert witnesses 30 days following receipt of the plaintiff's experts' reports, or by July 25, 2005, provided that plaintiff satisfies her obligation to provide such reports by Friday, June 24, 2005.

Dated this 29th day of June 2005.

{5073001.DOC}
STIPULATION AND ORDER CONTINUING
REBUTTAL EXPERT WITNESS DISCLOSURE
DEADLINE - 2
C04-5302FDB

LEE SMART COOK MARTIN & PATTERSON

```
                                    [signature]
                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE
```

Presented by:

LEE, SMART, COOK, MARTIN
& PATTERSON, P.S., INC.


By: /s/  Patricia K. Buchanan
    Patricia K. Buchanan, WSBA 19892
    Alison H. Killebrew, WSBA  32820
    Of Attorneys for Defendants, City of
    Orting and Orting Police Department


Approved as to Form;
Notice of Presentation Waived:

GRANT & ASSOCIATES


By:  /s/  Artis C. Grant, Jr.
    Artis C. Grant, Jr., WSBA #26204
    Attorney for Plaintiff

{5073001.DOC}
STIPULATION AND ORDER CONTINUING
REBUTTAL EXPERT WITNESS DISCLOSURE
DEADLINE - 3
C04-5302FDB

LEE SMART COOK MARTIN
PATTERSON

PS 1000 Pa for e a
O e
O e Co e o P a e P e S ree
Sea e WA
Te To ree
a

# DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on June 17, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties: Mr. Artis C. Grant, Jr. and Noel Lerner

          /s/ Patricia M. Hammond
          Patricia M. Hammond