UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KINGSLEY SIMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ORTING, a municipality; CITY OF ORTING POLICE DEPARTMENT, a division of the City of Orting; BRIAN GARRETT BURNSHIRE, and DOES 1 through 5, inclusive,<br><br>    Defendants. | Case No. C04-5302FDB<br><br>ORDER RE JOINDER IN MOTION TO COMPEL VIDEO DEPOSITION AND FOR SANCTIONS |

    A video deposition of Defendant Brian Burnshire was scheduled for May 26, 2005 in Seattle, which was attended by both Plaintiff's counsel and counsel for the City of Orting and the Orting Police Department. Counsel for Defendant Burnshire would not permit Burnshire's deposition if it was going to be videotaped. Plaintiff then moved to compel Burnshire's deposition. This Court entered an order of June 14, 2005 [Dkt. # 43], granting Plaintiff's Motion to Compel Video Deposition of Defendant Burnshire, awarded monetary sanctions, and directed counsel to determine a mutually convenient date for the deposition as promptly as possible.

    Counsel for the City of Orting and the Orting Police Department [City] joined in Plaintiff's

ORDER - 1

motion to compel and requested monetary sanctions to compensate for the expenses of attending the deposition and in preparing the joinder in Plaintiff's motion to compel. The City requests reasonable attorney's fees and expenses of $750.00, and submits counsel's declaration in support.

Having reviewed the City's motion and supporting declaration, the Court concludes that the request is reasonable. ACCORDINGLY,

IT IS ORDERED:

1. The Defendant Orting's Joinder in the Motion to Compel Video Deposition of Burnshire and for Sanctions [Dkt. # 35] is GRANTED, and Defendant City of Orting and Orting Police Department are awarded monetary sanctions in the amount of $750.00 payable by Defendant Burnshire and/or his attorney of record, M. Noel Lerner within ten days of the date this order is entered.

2. Counsel have already been directed by the Court's earlier order to schedule as soon as possible the earliest mutually convenient date for Defendant Burnshire's video deposition.

DATED this 1st day of July, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2