The Honorable Franklin D. Burgess

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KINGSLEY SIMPSON,<br>        Plaintiff,<br><br>vs.<br><br>CITY OF ORTING, a municipality, CITY OF ORTING POLICE DEPARTMENT, a division of City of Orting; BRIAN GARRETT BURNSHIRE, and ROES 1 through 5, inclusive,<br><br>        Defendants. | CASE NO. C04-5302FDB<br><br>**JUDGMENT** |

## JUDGMENT SUMMARY

A.    <u>Judgment Creditor</u>                                Kingsley Simpson

B.    <u>Judgment Debtor</u>                                    Brian Burnshire

C.    <u>Principal Judgment Amount</u>              $945.00

D.    <u>Attorney for Judgment Creditor</u>

        Artis C. Grant, Jr., Law Offices of GRANT & ASSOCIATES, 3002 South 47th Street, Tacoma, WA 98409.

E.    <u>Attorney for Debtor</u>

        M. Noel Lerner, 3520 South 54th, Suite 1, Tacoma, WA 98409.

JUDGMENT - 1
C04-5302FDB

**ORDER**

THIS MATTER having come on regularly upon Plaintiff's Request for Entry of Judgment and the Court having considered the relevant pleadings, and the Court being otherwise fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment shall be and hereby is rendered in favor of Plaintiff against Defendant Burnshire in the amount of $945.00.

DONE THIS 29th day of August, 2005

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE


Presented by:

Law Offices of GRANT & ASSOCIATES


_____/s/_____
Artis C. Grant, Jr., WSBA No. 26204
Heather L. Hardyns, WSBA No. 32979
Attorneys for Plaintiff
3002 South 47th Street
Tacoma, WA 98409
Telephone: (253) 472-6213
Facsimile: (253) 473-9695
E-Mail: agrant@lawdome.com
E-Mail: hhardyns@lawdome.com

JUDGMENT - 2
C04-5302FDB

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2005, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Patricia Buchanan at LEE SMART COOK MARTIN & PATTERSON, counsel for the Defendant City of Orting and M Noel Lerner at Law Offices of M Noel Lerner, counsel for Defendant Burnshire.

Additionally, I hereby certify that I have mailed by United States Postal Service the document to M. Noel Lerner, counsel for Defendant Burnshire, at the following address: 3520 S. 54th, Suite 1, Tacoma, WA 98409.

Dated this 24th day of August, 2005, at Tacoma, Washington.

Law Offices of GRANT & ASSOCIATES

_____/S/_____
Artis C. Grant, Jr., WSBA No. 26204
Heather L. Hardyns, WSBA No. 32979
Attorneys for Plaintiff
3002 South 47th Street
Tacoma, WA 98409
Telephone: (253) 472-6213
Facsimile: (253) 473-9695
Email: agrant@lawdome.com
Email: hhardyns@lawdome.com

JUDGMENT - 3
C04-5302FDB

The Law Offices of GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213