Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

KINGSLEY SIMPSON,

    Plaintiff,

vs.

CITY OF ORTING, a municipality; CITY OF ORTING POLICE DEPARTMENT, a division of the City of Orting; BRIAN GARRETT BURNSHIRE, and DOES 1 through 5, inclusive,

    Defendants.

No. C04-5302FDB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO CITY OF ORTING DEFENDANTS**

COME NOW the plaintiff, Kingsley Simpson, and the defendants, City of Orting and City of Orting Police Department, by and through their respective attorneys of record, and hereby stipulate and agree that all claims against defendants City of Orting and City of Orting Police Department and this lawsuit against defendants City of Orting and City of Orting Police Department are hereby dismissed with prejudice without costs or fees to either party.

DATED this 31st day of August, 2005.

{5079645.DOC}
STIPULATION AND ORDER OF
PARTIAL DISMISSAL WITH PREJUDICE AS TO
CITY OF ORTING DEFENDANTS - 1
C04-5302FDB
Simpson v. City of05 Aug 31 Orting - Stipulation and Order of Dismiss (5079645).DOC

LEE·SMART·COOK·MARTIN & PATTERSON

P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | |
|---|---|
| GRANT & ASSOCIATES | LEE SMART COOK MARTIN & PATTERSON, P.S., INC. |
| By: /s/ Artis C. Grant, Jr.<br>Artis C. Grant, Jr., WSBA # 26204<br>Attorneys for Plaintiff<br>Kingsley Simpson | By: /s/ Patricia K. Buchanan<br>Patricia K. Buchanan, WSBA #19892<br>Alison H. Killebrew, WSBA #32820<br>Attorneys for Defendants City of Orting<br>and City of Orting Police Department |

# ORDER OF DISMISSAL

THE COURT, having reviewed the Stipulation of the plaintiff Kingsley Simpson and defendants City of Orting and City of Orting Police Department, now enters the following Order: It is ORDERED, ADJUDGED AND DECREED that plaintiff Kingsley Simpson's claims against defendants City of Orting and City of Orting Police Department are hereby DISMISSED with prejudice and without costs or fees to either party.

DONE this 31st day of August 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

LEE, SMART, COOK, MARTIN
 & PATTERSON, P.S., INC.

By: /s/ Patricia K. Buchanan
    Patricia K. Buchanan, WSBA #19892

{5079645.DOC}
STIPULATION AND ORDER OF
PARTIAL DISMISSAL WITH PREJUDICE AS TO
CITY OF ORTING DEFENDANTS - 2
C04-5302FDB
Simpson v. City of05 Aug 31 Orting - Stipulation and Order of Dismiss (5079645).DOC

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1   Alison H. Killebrew, WSBA #32820
    Attorneys for Defendants City of Orting
2   and City of Orting Police Department
3

4   Approved as to Form;
    Notice of Presentation Waived:
5   GRANT & ASSOCIATES
6

7   By: /s/ Artis C. Grant, Jr.
    Artis C. Grant, Jr., WSBA # 26204
8   Attorneys for Plaintiff

{5079645.DOC}
STIPULATION AND ORDER OF
PARTIAL DISMISSAL WITH PREJUDICE AS TO
CITY OF ORTING DEFENDANTS - 3
C04-5302FDB
Simpson v. City of05 Aug 31 Orting - Stipulation and Order of Dismiss (5079645).DOC

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944